# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Sean Lawrence, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:18-cv-00259-GCM |
| vs. | |
| TIAA-CREF Individual and Institutional Services, LLC Teachers Insurance and Annuity Association of America, Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 31, 2018 Order.

September 4, 2018

Frank G. Johns, Clerk
United States District Court